IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXI G.COREAS<br><br>       Plaintiff,<br><br>v.<br><br>NUBIA J. MARTINEZ, et al.<br><br>       Defendants. | Civil Action No. 1:14-cv-01381-KBJ |

## NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41, plaintiff dismisses this case as to all defendants.

Date: 09/10/2014

Respectfully submitted,

/s/ Justin Zelikovitz
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*